IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARRELL WALLACE**                                                                                          **PLAINTIFF**

V.                                           Case No. 4:24-CV-00996-JM

**DUSTIN DANNER**                                                                                          **DEFENDANT**

### ORDER

Plaintiff Darrell Wallace's complaint (Doc. 2) is dismissed without prejudice because he failed to file a response to the motion for judgment on the pleadings as directed. (Doc. 12) Further, Wallace's mail has been returned to the Court as undeliverable. (Doc. 13, 14); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 15th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE