IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARRELL WALLACE**                                                                **PLAINTIFF**

V.                      Case No. 4:24-CV-00996-JM

**DUSTIN DANNER**                                                           **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 15th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE